No. 796. GENERAL COMMITTEE OF ADJUSTMENT OF THE BROTHERHOOD OF LOCOMOTIVE ENGINEERS *v.* MISSOURI-KANSAS-TEXAS RAILROAD CO. ET AL.

No. 845. GENERAL COMMITTEE OF ADJUSTMENT OF THE BROTHERHOOD OF LOCOMOTIVE ENGINEERS *v.* SOUTHERN PACIFIC CO. ET AL.; and
No. 918. GENERAL GRIEVANCE COMMITTEE OF THE BROTHERHOOD OF LOCOMOTIVE FIREMEN AND ENGINEMEN *v.* GENERAL COMMITTEE OF ADJUSTMENT OF THE BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL.

No. 937. SWITCHMEN'S UNION OF NORTH AMERICA ET AL. *v.* NATIONAL MEDIATION BOARD ET AL.

May 24, 1943. The petitions for writs of certiorari in these cases are granted. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of the application in No. 937. *Messrs. John W. Madden, Jr., Clarence E. Weisell,* and *Harold N. McLaughlin* for petitioner in No. 796. *Messrs.*

*George M. Naus* and *Clarence E. Weisell* for petitioner in No. 845. *Messrs. Donald R. Richberg, Felix T. Smith,* and *Francis R. Kirkham* for petitioner in No. 918. *Messrs. Donald R. Richberg* and *Rufus G. Poole* for petitioners in No. 937. *Messrs. George M. Naus, Clarence E. Weisell,* and *Harold N. McLaughlin* for the General Committee of Adjustment of the Brotherhood of Locomotive Engineers, respondent in No. 918. *Solicitor General Fahy* and *Mr. Robert L. Stern* for the National Mediation Board et al.; and *Messrs. Bernard M. Savage* and *Alfred L. Bennett* for the Brotherhood of Railroad Trainmen,—respondents in No. 937.